IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW JAMES DIETERLE | § | |
| AS TRUSTEE OF | § | |
| THE JOHN L. DIETERLE TRUST NO, 1 | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:22-cv-00835-XR |
| | § | |
| CINCINNATI INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to the Court's Scheduling Order[1] and Local Rule CV-88, Plaintiff Matthew James Dieterle as Trustee of the John L. Dieterle Trust No, 1 ("Plaintiff") and Defendant Cincinnati Insurance Company ("Defendant") (collectively, the "Parties"), file this Joint Alternative Dispute Resolution Report, respectfully showing the Court as follows:

## INFORMATION REQUIRED BY RULE CV-88(b)

1.      **Mediation.** The parties mediated this case in good faith on March 9, 2023 with mediator, Donald Philbin. The parties were unable to reach a settlement.

2.      **Status of Settlement Negotiations.**  Settlement negotiations occurred during the March 9, 2023 mediation. The Parties agree to continue to consider settlement proposals as discovery continues in this case.

3.      **Identity of the person responsible for settlement negotiations.**  Plaintiff's counsels, Robert W. Loree and Stephen M. Fields, and Defendant's counsels, Patrick M. Kemp and Robert G. Wall, are responsible for settlement negotiations.

---

[1]      Doc. No. 13.

4.       **Whether alternative dispute resolution is appropriate in this case.**  The Parties agree ADR was appropriate for this case and attended mediation on March 9, 2023, which was unsuccessful.

5.       **Timing for alternative dispute resolution.**  The parties completed mediation on March 9, 2023.

6.       **Name of alternative dispute resolution provider.** The parties meditated with Donald Philbin.  Mr. Philbin's fee was split equally by the parties.

Respectfully submitted,

/s/ Stephen M. Fields (w/ permission PMK)
Robert W. Loree
Texas Bar No. 12579200
rob@lhllawfirm.com
Stephen M. Fields
Texas Bar No. 24096598
stephen@lhllawfirm.com
Loree & Lipscomb
777 E. Sonterra Blvd, Suite 320
San Antonio, Texas 78256
(210) 404-1320
(210) 404-1310 – Facsimile

**ATTORNEYS FOR PLAINTIFF**

/s/ Patrick M. Kemp
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing instrument has been served as via CM/ECF on this the 13th day of March, 2023 to:

> Robert W. Loree
> Stephen M. Fields
> Loree & Lipscomb
> 777 E. Sonterra Blvd., Ste. 320
> San Antonio, Texas 78258
> rob@lhlawfirm.com
> stephen@lhllawfirm.com

> */s/ Patrick M. Kemp*
> Patrick M. Kemp