IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW JAMES DIETERLE | § | |
| AS TRUSTEE OF | § | |
| THE JOHN L. DIETERLE TRUST NO, 1 | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:22-cv-00835-XR |
| | § | |
| CINCINNATI INSURANCE COMPANY | § | |
| *Defendant.* | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Cincinnati Insurance Company hereby provides notice that the following attorney is appearing in this matter:

> William Ansel M. Stroud
> Texas Bar No. 24131929
> astroud@smsm.com
> Segal McCambridge Singer & Mahoney
> 100 Congress Avenue, Suite 800
> Austin, Texas 78701
> (512) 476-7834
> (512) 476-7832 – Facsimile

Mr. Stroud hereby appears and desires to be noticed on all filings via CM/ECF. Attorney Patrick M. Kemp, who has previously appeared for Defendant in this matter, will continue in the case as lead counsel, and should continue to be noticed on all filings via CM/ECF. Attorney Robert G. Wall will also continue in the case and should continue to be noticed.

*(Signature on following page.)*

Respectfully submitted,

*/s/ William Ansel M. Stroud*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
William Ansel M. Stroud
Texas Bar No. 24131929
astroud@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 12th day of July, 2023 to:

Robert W. Loree
Stephen M. Fields
Loree & Lipscomb
777 E. Sonterra Blvd., Ste. 320
San Antonio, Texas 78258
rob@lhlawfirm.com
stephen@lhllawfirm.com

*/s/ William Ansel M. Stroud*
William Ansel M. Stroud

2