IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW JAMES DIETERLE, AS TRUSTEE OF THE JOHN L. DIETERLE TRUST NO. 1, | § § § § § § § § § § § § § | SA-22-CV-00835-XR |
| *Plaintiff,* | | |
| vs. | | |
| CINCINNATI INSURANCE COMPANY, | | |
| *Defendant.* | | |

## ORDER SETTING VIDEO HEARING

Before the Court in the above-styled cause of action are Defendant Cincinnati Insurance Company's Opposed Motion to Compel [#23] and Plaintiff's Objections, Motion to Quash, and Motion for Protective Order on Subpoenas to Cactus Companies and Dreibrodt Construction, Inc. [#24], which were referred to the undersigned for disposition on July 28, 2023.  The Court is of the opinion the motions should be set for a hearing.

**IT IS THEREFORE ORDERED** that Defendant Cincinnati Insurance Company's Opposed Motion to Compel [#23] and Plaintiff's Objections, Motion to Quash, and Motion for Protective Order on Subpoenas to Cactus Companies and Dreibrodt Construction, Inc. [#24] are set for a videoconference hearing at **10:30 a.m. on August 17, 2023**.  Counsel for Plaintiff and Defendant are **required to appear by Zoom** for the hearing.  Counsel for third-parties Cactus Companies and Dreibrodt Construction may, but are not required to, appear.  The information to join the hearing is as follows:

Join ZoomGov Meeting:  https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

1

If there are questions regarding the Zoom appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

**IT IS FURTHER ORDERED** that the parties meaningfully confer about the issues raised in the parties' motions and **file a joint advisory via CM/ECF no later than August 15, 2023**, that indicates which issues, if any, remain in dispute after their conference. For each issue that remains in dispute, each party should state its respective position and describe any relief being sought. <u>A failure to file the ordered joint advisory may result in the Court's cancellation of the discovery hearing and/or denial of the motions for failure to comply with a Court order</u>.

**IT IS SO ORDERED.**

SIGNED this 8th day of August, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE