IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW JAMES DIETERLE AS TRUSTEE OF THE JOHN L. DIETERLE TRUST NO, 1<br>*Plaintiff,*<br><br>v.<br><br>CINCINNATI INSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:22-cv-00835-XR |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Matthew James Dieterle as Trustee of The John L. Dieterle Trust No. 1 and Defendant Cincinnati Insurance Company provide notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen M. Fields (by permission RGW)* | */s/ Patrick M. Kemp* |
| Robert W. Loree | Patrick M. Kemp |
| Texas Bar No. 12579200 | Texas Bar No. 24043751 |
| rob@lhllawfirm.com | pkemp@smsm.com |
| Stephen M. Fields | Robert G. Wall |
| Texas Bar No. 24096598 | Texas Bar No. 24072411 |
| stephen@lhllawfirm.com | rwall@smsm.com |
| Loree & Lipscomb | Segal McCambridge Singer & Mahoney |
| 777 E. Sonterra Blvd, Suite 320 | 100 Congress Avenue, Suite 800 |
| San Antonio, Texas 78256 | Austin, Texas 78701 |
| (210) 404-1320 | (512) 476-7834 |
| (210) 404-1310 – Facsimile | (512) 476-7832 – Facsimile |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 24th day of August, 2023 to:

Robert W. Loree
Stephen M. Fields
Loree & Lipscomb
777 E. Sonterra Blvd., Ste. 320
San Antonio, Texas 78258
rob@lhlawfirm.com
stephen@lhllawfirm.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp