IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW JAMES DIETERLE <br> AS TRUSTEE OF <br> THE JOHN L. DIETERLE TRUST NO, 1 <br> *Plaintiff,* <br><br> v. <br><br> CINCINNATI INSURANCE COMPANY <br> *Defendant.* | § § § § § § § § § § | CIVIL ACTION NO. 5:22-cv-00835-XR |

### ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Matthew James Dieterle as Trustee of The John L. Dieterle Trust No. 1 and Defendant Cincinnati Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Signed this 2nd day of February, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE